**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

OCT 15 2025 PM 2:33
FILED - USDC - NDTX - LU

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO: 5:25-CR-093-H-BV-1** |
| | § | |
| **ADAM WHITEHEAD BABER** | § | |

## REPORT AND RECOMMENDATION ON PLEA OF GUILTY
## BEFORE UNITED STATES MAGISTRATE JUDGE

The defendant, by consent and under the authority of *United States v. Dees,*
125 F.3d 261 (5th Cir. 1997), appeared with counsel for the purpose of entering a plea of
guilty under Rule 11 of the Federal Rules of Criminal Procedure.   This Report and
Recommendation is submitted to the Court under 28 U.S.C. § 636(b)(3).

The defendant was placed under oath and examined in open court concerning the
subjects of Rule 11 of the Federal Rules of Criminal Procedure.   The defendant was
advised regarding each subject and affirmed his/her understanding of each subject.
Pursuant to a written plea agreement with the government, the defendant pled guilty to
Count One of the Indictment, charging a violation of 21 U.S.C. § 846—Conspiracy to
Distribute and Possess with Intent to Distribute Controlled Substances.

After examining the defendant under oath, I find that:

1.   The defendant, upon advice of counsel, consented orally and in writing
to enter this guilty plea before a magistrate judge subject to final
approval and sentencing by the presiding district judge;

2.   The defendant fully understands the nature of the charges, including
each essential element of the offense(s) charged, and the associated
penalties;

3.   The defendant fully understands the terms of the plea agreement and
plea agreement supplement;

4. The defendant understands all his/her constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5. The defendant's plea is made freely and voluntarily;

6. The defendant is competent to enter this plea of guilty;

7. There is a factual basis to support this plea; and

8. The ends of justice are served by acceptance of the defendant's plea of guilty.

Based on the above, I recommend that the defendant's guilty plea be accepted, that the defendant be adjudged guilty, and that sentence be imposed accordingly.

Although I have conducted these proceedings and accepted the defendant's guilty plea, the United States district judge has the power to review my actions and possesses final decision-making authority in this proceeding. Thus, if the defendant has any objections to these findings or any other action of the undersigned, he is required to make those known to the United States district judge within fourteen (14) days of today.

Signed October 15, 2025.

AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE